UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TEXAS

No. 6:23-cv-00087

**Karen F. Suell,**
*Plaintiff,*

v.

**Litigation Practice Group, PC,**
*Defendant.*

# ORDER

Plaintiff Karen F. Suell filed this action pursuant to the Credit Repair Organizations Act, 15 U.S.C. § 1679, and Tex. Fin. Code § 394.207. Doc. 1. The case was referred to United States Magistrate Judge K. Nicole Mitchell pursuant to 28 U.S.C. § 636(b). Doc. 4.

On March 22, 2023, a suggestion of bankruptcy (Doc. 5) was filed as to defendant. The magistrate judge issued a report recommending a stay of all proceedings pursuant to 11 U.S.C. § 362 and administrative closure of the case. Doc. 6. Neither party filed written objections. When a party fails to object to a magistrate judge's report, the court reviews the record only for clear error. *See Douglass v. United Servs. Auto. Ass'n*, 79 F.3d 1415, 1420 (5th Cir. 1996).

Having reviewed the magistrate judge's report and being satisfied that it contains no clear error, the court accepts its findings and recommendation. All proceedings in the above-styled action are stayed. The clerk of court is ordered to administratively close the case.

*So ordered by the court on April 28, 2023.*

J. CAMPBELL BARKER
United States District Judge